# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 24-1460

———————————————

United States of America

*Plaintiff - Appellee*

v.

Jason Felder

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the District of Nebraska

——————————

Submitted: July 2, 2024
Filed: July 9, 2024
[Unpublished]

——————————

Before KELLY, GRASZ, and KOBES, Circuit Judges.

——————————

PER CURIAM.

Jason Felder appeals the sentence the district court[1] imposed after he pled guilty to attempted bank robbery. His counsel has moved to withdraw and has filed

———————————

[1]The Honorable Robert F. Rossiter, Jr., Chief Judge, United States District Court for the District of Nebraska.

a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the reasonableness of the sentence.

After careful review, we conclude the district court did not abuse its discretion in sentencing Felder. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review); *see also United States v. Armstrong*, 60 F.4th 1151, 1170 (8th Cir. 2023) ("We presume that a below-guidelines sentence, as here, is substantively reasonable."). Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw and affirm.

_____